# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Dennis M. Cavanaugh, U.S.D.J.
                            :
          v.                :    Mag. No. 07-856
                            :
ARTHUR GILBERT and          :
ALBERT GILBERT              :
                            :    ORDER FOR CONTINUANCE

This matter having been opened by the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Kathleen P. O'Leary, Assistant United States Attorney, appearing) and Arthur Gilbert (K. Anthony Thomas, AFPD, counsel for the defendant, appearing) and Albert Gilbert (Michael G. Paul, Esq., counsel for the defendant, appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court, pursuant to Title 18 of the United States Code, Section 3161(c)(1); and the defendants having consented to the continuance in the above-captioned matter; and it appearing that the defendants waive such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties require adequate time to prepare for trial.

2. The defendants have consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, IT IS on this ___ day of April, 2008

ORDERED that the proceedings in the above-captioned matter are continued for a period of 45 days from April 10, 2008 through May 25, 2008; and

IT IS FURTHER ORDERED that the period of April 10, 2008 through May 25, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. DENNIS M. CAVANAUGH
United States District Judge

Michael G. Paul, Esq.
Counsel for defendant Albert Gilbert

K. Anthony Thomas, AFPD
Counsel for defendant Arthur Gilbert

Kathleen P. O'Leary
Assistant U.S. Attorney

2. The defendants have consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, IT IS on this _____ day of April, 2008

ORDERED that the proceedings in the above-captioned matter are continued for a period of 45 days from April 10, 2008 through May 25, 2008; and

IT IS FURTHER ORDERED that the period of April 10, 2008 through May 25, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. DENNIS M. CAVANAUGH
United States District Judge

Michael G. Paul, Esq.
Counsel for defendant Albert Gilbert

K. Anthony Thomas, AFPD
Counsel for defendant Arthur Gilbert

Kathleen P. O'Leary
Assistant U.S. Attorney