UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. DENNIS M. CAVANAUGH |
|  | : |  |
|  | : | CRIMINAL NO. 07-856 |
|  | : |  |
| v. | : | *Ex Parte Order* |
|  | : |  |
|  | : | FEDERAL RULES OF |
|  | : | CRIMINAL PROCEDURE 17(b) |
|  | : |  |
| ARTHUR GILBERT, | : |  |
|  | : |  |
| DEFENDANT. | : |  |

THIS MATTER having been opened to the Court on the *ex parte* application of defendant, Arthur Gilbert, through is attorney, K. Anthony Thomas, Assistant Federal Public Defender, for an Order that directs the United States Marshal to pay the witness fee and travel expenses, including round-trip train tickets and lodging, for Quadria Rollins, 100 East Pope Street, St. John's Apt. 4C, Dunn, North Carolina, to testify on Friday, September 5, 2008, in the trial before the Honorable Dennis M. Cavanaugh, United States District Court Judge, United States Post Office and United States Courthouse, Newark, New Jersey;

WHEREAS the defendant, Arthur Gilbert, has been deemed indigent and the Office of the Federal Public Defender in the District of New Jersey was appointed to represent Mr. Gilbert;

WHEREAS Mr. Gilbert is financially unable to afford to procure a witness who is necessary and adequate for his defense, and good cause having been shown;

ON this _____3_____ day of September, 2008,

IT IS HEREBY ORDERED that under Fed. R. Crim. P. 17(b), the United States Marshal is authorized to pay witness fee and travel expenses, including round-trip train tickets and lodging, for Quadria Rollins, 100 East Pope Street, St. John's Apt. 4C, Dunn, North Carolina, to testify on Friday, September 5, 2008, in the trial before the Honorable Dennis M. Cavanaugh, United States District Court Judge, United States Post Office and United States Courthouse, Newark, New Jersey.

_____
HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE