UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA        :      O R D E R
                                :
        v.                      :      Case No.  7cr856(DMC)
                                :
Arthur and Albert Gilbert       :

      This matter having come before the Court on a motion by Arthur Gilbert, by K. Anthony Thomas, AFPD and Albert Gilbert, by Michael Paul, Esq. appearing, for Judgment of acquittal; and

      The court having not set the briefing schedule for the motions filed in September 2008; and

      For good cause shown;

      It is on this 5th day of January 2009 ORDERED that counsel for defendants file their brief on or before January 26, 2009, and the United States file their opposition by February 16, 2009, and the Court will hear oral argument on the motions on March 2, 2009 at 10:30 a.m.; and

      It Is Further ORDERED that the sentence date for the defendants will be adjourned until March 9, 2009 at 9:30 a.m.

                                        DENNIS M. CAVANAUGH, U.S.D.J.