NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Crim. No.07-856 (DMC) |
| ARTHUR GILBERT and ALBERT GILBERT, | |
| Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Defendants Arthur Gilbert and Albert Gilbert ("Defendants") for a judgment of acquittal pursuant to Fed. R. Crim. P. 29; after hearing oral argument and reviewing all submissions; and for the reasons stated in its Opinion issued on this day;

IT IS on this 13th day of March, 2009;

**ORDERED** that Defendants' motion for a judgment of acquittal is **denied**.

       S/ Dennis M. Cavanaugh
       Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk
cc:    All Counsel of Record
        Hon. Mark Falk, U.S.M.J.
        File